**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7571

OBBIE L. GOODS,

             Plaintiff - Appellant,

       v.

GWEN HAIRSTON; B. J. BARNES, Sheriff; C. J. WILLIAMSON,
Division Commander,

             Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. N. Carlton Tilley, Jr.,
District Judge. (1:01-cv-00026-NCT)

Submitted: June 9, 2008          Decided: October 9, 2008

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Obbie L. Goods, Appellant Pro Se. Steven Price Weaver, Richard
David Yeoman, BROTHERTON, FORD, YEOMAN & BERRY, PLLC, Greensboro,
North Carolina; Susan D. Moore, COUNTY ATTORNEY'S OFFICE,
Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Obbie L. Goods appeals the district court's orders adopting reports and recommendations of the magistrate judge and denying relief on Goods' 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Goods v. Hairston, No. 1:01-cv-00026-NCT (M.D.N.C. Oct. 21, 2002 & Sept. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED